

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2015

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**, et. al.,
Appellant

v.

**HAYS STREET BRIDGE RESTORATION GROUP**, et. al.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

On February 2, 2015, this court issued an order incorrectly identifying this appeal as accelerated and ordering Luis Duran to file the reporter's record no later than March 3, 2015. *See* TEX. R. APP. P. 35.1(b).

We also note that on February 2, 2015, court reporter Glyn E. Poage filed a notification of late record indicating that he had not received payment for the preparation of the record.

Because this case has been referred to mediation, both Luis Duran and Glyn Poage are hereby notified that all appellate deadlines in this matter have been suspended until further notification by this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court